UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BICYCLE PEDDLER, LLC,

    Plaintiff,

v.                                                              Case No. 6:13-cv-595-ORL-37TBS

DOE 35,

    Defendant.
_____/

## ORDER

Pending before the Court is Plaintiff's Motion for Extension of Time to Serve Defendant (Doc. 14). Plaintiff has subpoenaed internet service provider Bright House Networks to obtain Defendant's true identity so that Defendant can be served. (Id.). Plaintiff anticipates Bright House' response by August 31, 2013 and seeks an enlargement of time until October 31, 2013 to serve Defendant (Id.).

Federal Rule of Civil Procedure 4(m) permits an extension of time for service of process if a plaintiff shows good cause. Here, the delay in service results from an outside factor, beyond Plaintiff's control, which constitutes good cause. Accordingly, Plaintiff's motion is GRANTED. Plaintiff has through October 31, 2013 within to serve Defendant.

DONE AND ORDERED in Orlando, Florida, on August 12, 2013.

*/s/ Thomas B. Smith*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel